United States District Court
Southern District of Texas
**ENTERED**
February 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEBORAH MUTZ, Individually and for Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INSIGHT GLOBAL, LLC,<br><br>　　　　Defendant. | §<br>§<br>§<br>§　Civil Action No. 4:17-cv-2855<br>§<br>§<br>§<br>§ |

**ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE**

Deborah Mutz's unopposed motion to approve settlement and stipulation of dismissal with prejudice is GRANTED.

The parties shall proceed as set forth in the Settlement Agreement.

While the Court retains jurisdiction for the purposes of enforcing the settlement, this case is otherwise DISMISSED WITH PREJUDICE.

Signed on February 12, 2019.

　　　　　　　　　　　　　　　　　　Vanessa D. Gilmore
　　　　　　　　　　　　　　　　　　United States District Judge